# *VIRGINIA:*

*In the Court of Appeals of Virginia on*     **Thursday**     *the*     **27th**     *day of*

**January, 2011**.

Tabitha Ann Harris,                                                                                          Appellant,

 against               Record No. 1102-10-3
                      Circuit Court No. CL10-126

City of Danville Division of Social Services,                                          Appellee.

From the Circuit Court of the City of Danville

On December 28, 2010 came again the appellant, by counsel, and filed a motion requesting that the Court permit her to withdraw this appeal.

Upon consideration whereof, the said motion is granted the opinion rendered on December 21, 2010 is withdrawn, the mandate entered on that date is vacated, and the appeal hereby is considered withdrawn.

This order shall be certified to the trial court.

A Copy,

Teste:

Cynthia L. McCoy, Clerk

By:     *original order signed by a deputy clerk of the
        Court of Appeals of Virginia at the direction
        of the Court*

Deputy Clerk